FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ FEB 01 2010
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIMOTHY DOYLE YOUNG

      Plaintiff,

COUNSELOR MADISON; UNIT MANAGER
COLLINS; DEBORAH A. LOCKE; BOYD
BOLAND; ZITA WEINSHIENK;
MS. MACK,

      Defendants.
----------------------------------------------------------X

ORDER

08-CV-1622

TOWNES, United States District Judge:

    Plaintiff Timothy Doyle Young, a federal prisoner incarcerated at the United States Penitentiary in Florence, Colorado commenced this *pro se* action alleging that prison officials violated his constitutional rights. In April 2008, this Court transferred the case to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 85; 1406(a). The plaintiff appealed the transfer order to the Second Circuit Court of Appeals, and the Second Circuit dismissed the appeal. Plaintiff now moves under Fed. R. Civ. P. 60 to "reinstate the case" due to "judicial misconduct by the 10th Circuit." The motion is without merit and is DENIED.

    SO ORDERED.

/Sandra L. Townes
United States District Judge

Dated: January 28, 2010
      Brooklyn, New York